132

**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Timothy Lamont RUFF, Defendant–**
**Appellant.**

No. 12–8016.

United States Court of Appeals,
Fourth Circuit.

Submitted: March 28, 2013.

Decided: April 2, 2013.

Timothy Lamont Ruff, Appellant Pro Se.
David A. Thorneloe, Office of the United
States Attorney, Asheville, North·Carolina,
for Appellee.

Before NIEMEYER, KING, and
KEENAN, Circuit Judges.

Dismissed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Timothy Ruff seeks to appeal the dis-
trict court's order dismissing his 28
U.S.C.A. § 2255 (West Supp.2012) motion
as successive. The order is not appealable
unless a circuit justice or judge issues a
certificate of appealability. 28 U.S.C.
§ 2253(c)(1)(B) (2006). A certificate of ap-
pealability will not issue absent "a substan-
tial showing of the denial of a constitution-
al right." 28 U.S.C. § 2253(c)(2) (2006).

When the district court denies relief on the
merits, a prisoner satisfies this standard
by demonstrating that reasonable jurists
would find that the district court's assess-
ment of the constitutional claims is debata-
ble or wrong. *Slack v. McDaniel*, 529
U.S. 473, 484, 120 S.Ct. 1595, 146 L.Ed.2d
542 (2000); *see Miller–El v. Cockrell*, 537
U.S. 322, 336–38, 123 S.Ct. 1029, 154
L.Ed.2d 931 (2003). When the district
court denies relief on procedural grounds,
the prisoner must demonstrate both that
the dispositive procedural ruling is debata-
ble, and that the motion states a debatable
claim of the denial of a constitutional right.
*Slack*, 529 U.S. at 484–85, 120 S.Ct. 1595.

We have independently reviewed the
record and conclude that Ruff has not
made the requisite showing. Accordingly,
we deny a certificate of appealability and
dismiss the appeal. We dispense with oral
argument because the facts and legal con-
tentions are adequately presented in the
materials before this court and argument
would not aid the decisional process.

*DISMISSED.*